
RECEIVED
IN MONROE, LA
DEC 0 6 2006
My
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LEMOINE JEAN-MARIE | CIVIL ACTION NO. 06-1446 "P" |
| VS. | JUDGE JAMES |
| ALBERTO GONZALES, ET AL. | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter, IT IS ORDERED that the Government's Motion to Dismiss [Doc. No 6] is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner Lemoine Jean-Marie's Petition for a Writ of Habeas Corpus be **DISMISSED with prejudice as MOOT**.

THUS DONE AND SIGNED this 5 day of December, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION